UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph Robert Guernsey, | ) | Bankruptcy No. 08-02004-dd |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Horry County State Bank, | ) | Adversary/ |
| | ) | Complaint No. 08-80183-dd |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| Joseph Robert Guernsey, | ) | |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL OF DEFENDANT'S MOTION PURSUANT TO RULE 9024**

    Defendant, by and through his below named attorney, and with the consent of Plaintiff, via email, hereby withdraws his Motion Pursuant to Rule 9024, said motion designated as document No. 9 in this adversary proceeding.

DROSE LAW FIRM

BY: /s/R. Michael Drose
    R. Michael Drose
    District Court I.D. #609
    Attorneys for Debtor
    3955 Faber Place Drive, Ste. 103
    Charleston, SC 29405
Charleston, SC 29405    (843) 767-8888
Date: January 21, 2009.