# DROSE
# LAW FIRM

R. Michael Drose *
Thomas M. Fryar *
Ann A. Urquhart
*certified bankruptcy specialist by the
South Carolina Supreme Court

**FILED**
at ___ O'clock & ___ min. ___ M
JAN 2 1 2009
United States Bankruptcy Court
Columbia, South Carolina (6)

3955 Faber Place Drive, Suite 103
Charleston, South Carolina 29405
Telephone (843) 767-8888
Facsimile Line (843) 767-3290
michaeldrose@droselaw.com
annurquhart@droselaw.com

January 21, 2009

W. Harrison Penn
Law Clerk to Judge Duncan

**VIA FAX: 803-253-3996**

RE:   Joseph Robert Guernsey
         Adversary Case No: 08-80183-D

Dear Mr. Penn:

This matter is on Judge Duncan's Charleston docket for tomorrow. Since filing this motion, my client has authorized me to consent to a denial of his discharge and we no longer need to pursue the relief requested in this motion. I have conferred with Tara Nauful, opposing counsel, and she has no objection to our withdrawing this motion, which we are doing now.

Please let me know if you have any questions. I do not mind at all attending the hearing tomorrow and advising the court of this situation.

With kind regards, I am

Yours very truly,

R. Michael Drose

RMD:jlc